ORIGINAL

FILED IN OPEN COURT
U.S.D.C. Atlanta

NOV 1 9 2014

JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN KATZ | Criminal Indictment<br><br>No. 1:14-CR-431 |

THE GRAND JURY CHARGES THAT:

Beginning on or about February 17, 2014, and continuing until on or about February 28, 2014, in the Northern District of Georgia, the defendant, JOHN KATZ, using a facility and means of interstate commerce, that is, a cellular telephone and computer connected to the Internet, knowingly attempted to persuade, induce, and entice an individual who had not attained the age of 18 years to engage in sexual activity for which the defendant could be charged with a

criminal offense, that is, child molestation (O.C.G.A. § 16-6-4), in violation of Title 18, United States Code, Section 2422(b).

A _____ BILL

FOREPERSON

SALLY QUILLIAN YATES
*United States Attorney*

PAUL R. JONES
*Assistant United States Attorney*
Georgia Bar No. 402617

600 U.S. Courthouse
75 Spring Street, S.W.
Atlanta, GA 30303
404-581-6000; Fax: 404-581-6181

2